IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DORA MAYO,

    Plaintiff,

vs.                                            No. CIV 19-0491 JB/KRS

STATE OF NEW MEXICO, ex rel. CENTRAL
NEW MEXICO CORRECTIONAL FACILITY
and JESUS GONZALES,

    Defendants.

**FINAL JUDGMENT**

    **THIS MATTER** comes before the Court on its Order, filed March 31, 2021 (Doc. 31). In the Order, the Court dismisses the case without prejudice for failure to comply with court orders and rules, and for failure to prosecute.  See Order at 1.

    **IT IS ORDERED** that: (i) all claims are dismissed without prejudice; (ii) this case is dismissed without prejudice; and (iii) Final Judgment is entered.

                                                                                     _____
                                                                                     UNITED STATES DISTRICT JUDGE

*Parties and Counsel:* Dora Mayo
Lovington, New Mexico

    *Plaintiff Pro se*

Mark D. Standridge
Mark D. Jarmie
Matthew Bullock
Jarmie & Rogers, P.C.
Las Cruces, New Mexico

    *Attorneys for the Defendant State of New Mexico ex rel. Central New Mexico Correctional Facility*